# United States District Court

_____ DISTRICT OF _____

MARK BROADLEY

V.

MASHPEE NECK MARINA, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 11420 PBS**

TO: (Name and Address of Defendant)

Mashpee Neck Marina, Inc.
100 Falmouth Road, Route 28
Mashpee, MA  02649

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Bond
Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK



JUN 22 2004

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: June 29, 2004 |
| NAME OF SERVER (PRINT): Thomas C. Hyslop | TITLE: Server & Disinterested |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by Serving "In-Hand" upon Lou Cerreira, Employee - Person-In-Charge of business, Mashpee Neck Marina, 100 Falmouth Road, Mashpee, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 29, 2004

Signature of Server: Thomas C. Hyslop
Server & Disinterested

Address of Server: 92 State Street, Boston, MA 02109

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.