UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BROADLEY,<br>    Plaintiff | )<br>)<br>)    CIVIL ACTION NO.: 04-11420-PBS |
| v. | )<br>) |
| MASHPEE NECK MARINA, INC.<br>    Defendant | )<br>) |

### PLAINTIFF'S MOTION TO EXTEND TIME FOR OPPOSITION TO DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS (ASSENTED TO)

The plaintiff, Mark Broadley, requests this Court to extend the date for filing Plaintiff's Opposition to Defendant's Motion to Dismiss.

In support of this motion the plaintiff states:

1. On July 22, 2004, the defendant filed a Motion to Dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1).

2. Defendant's counsel has assented to the extension.

3. The extension will provide the plaintiff with sufficient time to research and brief the matters at issue.

Respectfully submitted,
by his attorney:

*[signature]*

THOMAS M. BOND, #546649
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
P. O. Box 1404
Boston, MA 02205-1404
(617) 261-0080

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing documents upon the parties to this action by mailing a copy of thereof, first class, postage prepaid, to the following counsel of record:

PLAINTIFF'S MOTION TO EXTEND TIME FOR OPPOSITION TO DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS (ASSENTED TO).

Attorney John H. Bruno II
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

THOMAS M. BOND
THE KAPLAN/BOND GROUP
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210
(617) 261-0080
BBO#: 546649

DATE: 8-04-04