UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11420-PBS

MARK BROADLEY,                )
    Plaintiff,              )
                            )
vs.                           )
                            )
MASHPEE NECK MARINA, INC.,    )
    Defendant.              )

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above-action that effective September 17, 2004, The Kaplan/Bond Group has relocated its office to:

**The Kaplan/Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

Respectfully submitted,
by his attorney,

THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
B.B.O.# 546649

Date: 10-26-04