UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11420-PBS

FILED
CLERKS OFFICE
2005 FEB -3  P 12: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARK BROADLEY, <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| MASHPEE NECK MARINA, INC. <br> Defendant | ) <br> ) |

CERTIFICATE OF COMPLIANCE
(LOCAL RULE 7.1)

I, Thomas M. Bond, counsel for the plaintiff, Mark Broadley, in the above entitled matter, state that counsel have conferred with regard to the subject matter of the within Motion, in compliance with Fed. R. Civ. P., Local Rule 7.1(A)(2) in a good faith attempt to resolve or narrow the issues presented herein.

Respectfully submitted,

THOMAS M. BOND, #546649
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

Dated: 2-2-05