FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS, DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO. 04-11420 PBS

MARK BROADLEY,
    Plaintiff

VS.

MASHPEE NECK MARINA, INC.,
    Defendants

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

Now comes the Mashpee Neck Marina, Inc. and states in conformance with Local Rule 7.3(A) that Mashpee Neck Marina, Inc. has no parent corporation and that no publicly held company owns more than 10% of the Mashpee Neck Marina, Inc. stock.

    Mashpee Neck Marina, Inc.
    By its attorney,

    John H. Bruno II, Esquire
    B.B.O. No. 542098
    Masi & Bruno
    124 Long Pond Road
    Unit 11
    Plymouth, MA 02360
    (508)747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail /hand on
February 9, 2005
    CMK