# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan

Attorneys at Law and Proctors in Admiralty
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210

(617) 261-0080
Fax (617) 261-1558

February 16, 2005

The Honorable Patti B. Saris
United States District Court
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, Massachusetts 02210

Re:  Mark Broadley v. Mashpee Neck Marina, Inc.
     C.A. No. 04-11420-PBS

Dear Judge Saris:

The Complaint in the above-captioned matter was filed in July of 2004. The parties presently await notice of a Local Rule 16.1 scheduling conference. I have spoken with counsel for the defendant and we feel that this Court could assist in "streamlining" the discovery process, as this case does involve a count for declaratory relief. Accordingly, could the Court kindly schedule a Local Rule 16.1 conference? Thank you.

Very truly yours,

THOMAS M. BOND

TMB/as
cc:  John H. Bruno II, Esq.