UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11420 PBS

MARK BROADLEY,
    Plaintiff

VS.

MASHPEE NECK MARINA, INC.,
    Defendants

### THE DEFENDANT, MASHPEE NECK MARINA, INC.'S, SUPPLEMENTAL INITIAL DISCLOSURE (FED.R.CIV. P. RULE 26A AND LOCAL RULE 26.2(A))

Now comes the Mashpee Neck Marina in the above captioned matter and makes the required initial disclosures pursuant to the Fed. R. Civ. P. and the Local Rules of the United States District Court for the District of Massachusetts.

(D)    Attached as Exhibit A – copy of insurance policy for Mashpee Neck Marina.

Respectfully Submitted,

_____
John H. Bruno II, Esquire
Masi & Bruno
124 Long Pond Road
Plymouth, MA 02360
(508) 747-5277
BBO #542098

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on
February 23, 2005
CWB