UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Mark Broadley
                    Plaintiff,                          CIVIL ACTION
                                                        NO.   04-11420-PBS

            v.

Mashpee Neck Marina, Inc.
                    Defendant.


### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE


SARIS, U.S.D.J.                                          March 28, 2005


       The Scheduling Conference  previously scheduled for April 14, 2005, has been
**rescheduled** to **May 2, 2005, at 4:15 p.m.**



                                        By the Court,



                                          ./s/ Robert C. Alba
                                        Deputy Clerk



Copies to:  All Counsel



resched.ntc