UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11420-PBS

| | |
|---|---|
| MARK BRADLEY, )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MASHPEE NECK MARINA, INC., ) | |
|     Defendant. ) | |

**Local Rule 16.1 (D)(3) Certification**

This will certify that the Plaintiff, Mark Broadley, and his attorney have conferred about establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

                                          THE PLAINTIFF,

                                          /s/ Mark Broadley_____
                                          MARK BROADLEY

                                          COUNSEL FOR PLAINTIFF,

                                          /s/ Thomas M. Bond_____
                                          THOMAS M. BOND, ESQUIRE
                                          THE KAPLAN/BOND GROUP
                                          88 Black Falcon Avenue, Suite 301
                                          Boston, MA  02210
                                          (617) 261-0080
                                          BBO #546649

Dated:  May 2, 2005