UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark Broadley
Plaintiff,

      V.                              Civil Action Number
                                        04-11420-PBS

Mashpee Neck Mrina, Inc.
Defendant.                                   May 2, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/15/05

Plaintiff's expert designation deadline: 10/14/05

Defendant's expert designation deadline: 11/15/05

Expert discovery deadline: 12/15/05

Summary Judgment Motion filing deadline: 6/1/05

Opposition to Summary Judgment Motions: 6/15/05

Hearing on Summary Judgment or Pretrial Conference: 7/25/05 at 2:00 p.m.

Cse to be referred to Mediation program: Summer, 2005

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk