UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BRADLEY,        )<br>    Plaintiff        )<br>           )<br>v.           )<br>           )<br>MASHPEE NECK MARINA, INC.  )<br>    Defendant        ) | CIVIL ACTION NO.: 04-11420-PBS |

**PLAINTIFF'S MOTION TO CONTINUE
HEARING ON SUMMARY JUDGMENT**

The plaintiff, Mark Broadley, respectfully requests that this court continue the hearing on the Motion for Summary Judgment which is currently scheduled for July 25, 2005 at 2:00 p.m. due to the death of plaintiff's counsel's mother.

Plaintiff's counsel's office has advised defense counsel of the situation and defense counsel has assented to this continuance.

Based on the foregoing, the plaintiff respectfully requests that this hearing be continued to a date that is convenient for the court.

Respectfully submitted,
by plaintiff's counsel,

 /s/ Thomas M. Bond
THOMAS M. BOND, ESQUIRE
THE KAPLAN/BOND GROUP
88 BLACK FALCON AVENUE
SUITE 301
BOSTON, MA 02210
(617) 261-0080
BBO: 546649