**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARK BROADLEY
    Plaintiff(s)

v.

CIVIL ACTION NO. 04-11420-PBS

MASHPEE NECK MARINA, INC.
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On September 12, 2005, I held the following ADR proceeding:

    \_\_\_\_\_ SCREENING CONFERENCE     \_\_\_\_ EARLY NEUTRAL EVALUATION

    \_X\_\_ MEDIATION     \_\_\_\_\_ SUMMARY BENCH / JURY TRIAL

    \_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled. Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[ ]

September 12, 2005                       /s/ Marianne B. Bowler
DATE                                         ADR Provider
                                                    MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                                                      [adrrpt.]