# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MARK BROADLEY

V.

CASE NO. 04-11420-PBS

MASHPEE NECK MARINA, INC.,

## NOTICE OF APPEAL

Notice is hereby given that  Mark Broadley  above named, hereby appeals from the  Judgment for Defendant, including but not limited to Doc. No. 36  entered in the above entitled action on  September 29, 2005 .

By the Court,

10/5/05
Date

Deputy Clerk

(Notice of Appeal.wpd - 12/98)

[app., kdapp., kgapp., kcustapp.]