# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Mark Broadley v. Mashpee Neck Marina, Inc.__

District Court Case No. __04-11420-PBS__     District of __Massachusetts__

Date Notice of Appeal filed __10/5/05__     Court of Appeals Case No. _____

Form filed on behalf of __Mark Broadley__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Valerie O'Hara__

Phone Number of Reporter __617-737-2347__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) __Summary Judgment Hearing__ | __- 8/17/05__ |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Thomas M. Bond__     Filer's Signature __Thomas M. Bond__

Firm/Address __88 Black Falcon Avenue, Boston, MA  02110  - The Kaplan/Bond Group__

Telephone number __617-261-0080__     Date mailed to court reporter __10/11/05__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)     SEE INSTRUCTIONS ON REVERSE