*4cv 11420 PBS*

## CERTIFICATE OF SERVICE

I, Thomas M. Bond, Esq., hereby certify that on this 11th day of October, 2005 the within documents were served upon all parties by forwarding copies thereof, via first class mail, postage prepaid to:

John H. Bruno II, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
BBO#: 546649