## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Mark Broadley v. Mashpee Neck Marina, Inc.__

District Court Case No. __04-11420-PBS__   District of __Massachusetts__

Date Notice of Appeal filed __10/5/05__   Court of Appeals Case No. __05-2822__

Form filed on behalf of __Mark Broadley__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Lee Marzilli__

Phone Number of Reporter __617-345-6787__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Summary Judgment Hearing | 9/28/05 |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.

☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Thomas M. Bond__   Filer's Signature __/s/__

Firm/Address __88 Black Falcon Avenue, Boston, MA 02210 - The Kaplan/Bond Group__

Telephone number __617-261-0080__   Date mailed to court reporter __1/31/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                                    SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I, Thomas M. Bond, Esq., hereby certify that on this 31st day of January, 2006 the within documents were served upon all parties by forwarding copies thereof, via first class mail, postage prepaid to:

Lee A. Marzilli – Court Reporter
United States District Court
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, Massachusetts 02210

THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
BBO#: 546649