UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mark Broadley,
     Plaintiff,        CIVIL ACTION
                NO. 04-11420-PBS
  v.

Mashpee Neck Marina, Inc.,
     Defendant.

## PRETRIAL ORDER

SARIS, D.J.                 January 5, 2007

  The above action has been set down for a JURY TRIAL on 3/26/07, at 9:00 a.m.

  A FINAL PRETRIAL CONFERENCE has been scheduled for 3/21/07, at 3:00 p.m.

  By 1/22/07, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

  By 2/21/07, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

  Objections to the pretrial disclosures shall be served and filed by 3/7/07.

  By 2/21/07, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

  By 3/7/07, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... The case number is also to appear on each exhibit sticker. Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By <u>3/14/07</u>, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by <u>3/19/07</u>.

**<u>NOTE</u>: IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

By the Court,

<u>/s/ Robert C. Alba</u>
Deputy Clerk