# United States Court of Appeals
## For the First Circuit

## MANDATE

No. 05-2822

04-11420
USDC/MA
Saris, J

MARK BROADLEY,

Plaintiff, Appellant,

v.

MASHPEE NECK MARINA, INC.,

Defendant, Appellee.

---

### JUDGMENT

Entered: December 22, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day. Each side will bear its own costs on this appeal.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 2/27/07

By the Court:
Richard Cushing Donovan, Clerk

_____
By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Patti B. Saris and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Bond & Mr. Bruno.]