UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11420 PBS

MARK BROADLEY,
    Plaintiff

VS.

MASHPEE NECK MARINA, INC.,
    Defendant

## DEFENDANT'S EXPERT DISCLOSURE

Pursuant to Fed.R.Civ.P.26(a)(2), the defendant disclosures the following expert witness who may be called upon to testify at trial on its behalf:

1.     Michael L. Collyer
    Marine Safety Consultants, Inc.
    26 Water Street
    P.O. Box 615
    Fairhaven, MA 02719-0615

With respect to the proposed expert testimony of Michael L. Collyer, please find the following documentation attached hereto:

A.     Michael L. Collyer's preliminary report dated September 17, 2007;

B.     Michael L. Collyer's Curriculum Vitae, which includes his qualifications; and

C.     Michael L. Collyer's History of Depositions and Expert Testimony.

    Respectfully submitted,

/S/ JOHN H. BRUNO
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com