**MICHAEL L. COLLYER**   *TRIAL/DEPOSITION LIST*   PAGE 1

==================================================================

### 1997

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 94-1149 | Philbin, Mark vs Chubb Ins, Co. | DEPO | 4/8 |
| 96-0664 | Ford, George vs New York Yacht Club<br>Federal Court – Providence, RI | COURT | 4/17 |
| 97-0334 | Menemsha Marine vs Landow, Mark<br>Barnstable Superior Court, MA | COURT | 6/9 |
| 97-0429 | Morse, Timothy vs<br>F/V NORTHERN VOYAGER | DEPO | 10/1 |
| 95-0166 | International Ship Repair vs.<br>Dann Ocean Towing<br>Federal Court – Tampa, FL | COURT | 11/26 |

### 1998

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 96-0996 | Commercial Union Assurance Co. PLC vs<br>Mathew Hilton | DEPO | 1/14 |

### 1999

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 97-0178 | Southport Marina vs<br>Boston Towing & Transportation<br>& Gulf Oil Corp. | DEPO | 1/12 |
| 98-0121 | Lilley Trust vs<br>Maine Shipyard<br>Federal Court – Portland, ME | COURT | 3/5 |
| 97-0178 | Southport Marina vs<br>Boston Towing & Transportation<br>& Gulf Oil Corp.<br>Federal Court – Portland, ME | COURT | 4/12 |

**MICHAEL L. COLLYER**           *TRIAL/DEPOSITION LIST*           PAGE 2

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 98-0241 | Donjon Marine vs.<br>Sterling Equipment, Inc. | DEPO | 7/13 |
| 99-0375 | Northeast Drilling vs.<br>Inner Space Services | DEPO | 8/25 |
| 99-1006 | Luna Protective Society vs.<br>Metropolitan District Commission | DEPO | 12/16 |

## **2000**

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 99-0375 | Northeast Drilling vs.<br>Inner Space Services<br>Federal Court – Portland, ME | COURT | 2/14 |
| 99-1082 | Oyster House Marina vs.<br>Narragansett Electric Co.<br>Federal Court – Providence, RI | COURT | 3/7 |

## **2001**

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0377 | Norwalk Cove Marina vs.<br>S/V ODYSSEUS<br>Superior Court – Norwalk, CT | COURT | 4/17 |

## **2002**

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0820 | Lockwood Marine, Inc. vs.<br>Simpson Towing & Salvage | DEPO | 9/5 |

## **2003**

| 01-1270 | Gardella Equipment Corp. vs.<br>Balfour Beatty Construction | DEPO | 12/15 |

## MICHAEL L. COLLYER         *TRIAL/DEPOSITION LIST*         PAGE 3

### 2004

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0557 | Acadia Ins. & Martin Hannigan vs. Boston Yacht Sales | DEPO | 12/23/04 |

### 2005

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 00-0588 | Hyland, Gerald A. vs. Avondale Boat Yard | DEPO | 10/25/05 |

### 2007

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 06-1516 | Cashman Equipment Corp. vs. HBC Barge | DEPO | 6/1/07 |
| 07-0590 | Matthews, Stanley vs. Quatrocchi, John<br>Superior Court - Providence, RI | COURT | 7/11/07 |