UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BROADLEY,              ) | |
|                 )  | |
|     Plaintiff,          ) | CIVIL ACTION |
| v.                          ) | NO. 04-11420-PBS |
|                 ) | |
| MASHPEE NECK MARINA, INC., ) | |
|                 ) | |
|     Defendant.         ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On  October 1, 2007 , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    \_\_ X \_\_ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[   ]   There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

                                      / s / Judith Gail Dein
                                      Judith Gail Dein, U.S. Magistrate Judge
DATED:  Octobe 1, 2007                  ADR Provider