UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11420 PBS

MARK BROADLEY,
    Plaintiff

VS.

MASHPEE NECK MARINA, INC.,
    Defendant

## DEFENDANT'S SUPPLEMENTAL EXPERT DISCLOSURE

Pursuant to Fed.R.Civ.P.26(a)(2), the defendant supplements his disclosures to the following expert witness who may be called upon to testify at trial on its behalf:

1.     Michael L. Collyer
   Marine Safety Consultants, Inc.
   26 Water Street
   P.O. Box 615
   Fairhaven, MA 02719-0615

With respect to the proposed expert testimony of Michael L. Collyer, please find the following supplemental documentation attached hereto:

A.     Michael L. Collyer's report dated November 28, 2007.

    Respectfully submitted,

    /S/ JOHN H. BRUNO
    John H. Bruno II, Esquire
    B.B.O. No. 542098
    Masi & Bruno
    124 Long Pond Road
    Unit 11
    Plymouth, MA 02360
    (508)747-5277
    JBruno@Hanover.com