UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11420 PBS

MARK BROADLEY,
   Plaintiff

VS.

MASHPEE NECK MARINA, INC.,
   Defendants

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to this action and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that this action be dismissed with prejudice and without costs.

| Counsel for the Plaintiff: | Counsel for the Defendant: |
|---|---|
| Thomas M. Bond, Esquire | John H. Bruno II, Esquire |
| B.B.O. No. 545549 | B.B.O. No. 542098 |
| The Kaplan/Bond Group | Masi & Bruno |
| 83 Black Falcon Avenue | 124 Long Pond Road, Unit 11 |
| Suite 301 | Plymouth, MA 02360 |
| Boston, MA 02210 | (508)747-5277 |
| (617)261-0080 | JBruno@Hanover.com |